## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eleanora A. Payne<br>    aka Eleanor A Payne<br>    aka Eleanor Aretha Payne<br>    aka Eleanora Aretha Payne<br><br>                  **Debtor** | BK NO. 19-05511 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 and index same on the master mailing list.

                                                      Respectfully submitted,

                                                 **/s/ James C. Warmbrodt, Esquire**
                                                 James C. Warmbrodt, Esquire
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 215-627-1322