```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                                Case No. 19-05511-RNO
Eleanora A Payne                                                      Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: AutoDocke            Page 1 of 1               Date Rcvd: Mar 11, 2020
                               Form ID: ntnoshow          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
```
db              +Eleanora A Payne,    180 Ice Lake Drive,    Mountain Top, PA 18707-9654
5287169         +Carrington Mortgage Services LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
5310296          Carrington Mortgage Services, LLC,    1600 Sputh Douglass Road,    Anaheim, CA 92806
5287170         +Chrysler Capital,    PO Box 961245,    Fort Worth TX 76161-0244
5287171          Commonwealth Health,    PO Box 637289,    Cincinnati OH 45263-0877
5287174         +Maryellen Payne,    180 Ice Lake Drive,    Mountain Top PA 18707-9654
5287175         +Maryellen Payne,    180 Ice Lake Road,    Mountain Top PA 18707-9654
5287176          Medical Data Systems,    645 Walnut St Ste 5,    Gadsden, AL 359014173
5287177          Mountain Top Sanitary Authority,    129 Morio Drive,    Mountain Top PA 18707
5293164         +Santander Consumer USA, Inc.,    d/b/a Chrysler Capital,    P.O. Box 961275,
                  Fort Worth, TX 76161-0275
5287178         +Wilkes Barre General Hospital,    575 North River Street,    Wilkes Barre PA 18702-2634
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5289721          E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 11 2020 19:32:14      AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                  Arlington, TX 76096
5287172         +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 11 2020 19:32:14      GM Financial,
                  PO Box 181145,    Arlington TX 76096-1145
5287173          E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 11 2020 19:32:11      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,   Philadlphia PA 19101-7346
5302426          E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2020 19:38:47      LVNV Funding LLC,
                  c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5309157          E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2020 19:38:48      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5308588          E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2020 19:38:45
                  Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
                                                                                               TOTAL: 6

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                       Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12
               bkgroup@kmllawgroup.com
              John Fisher    on behalf of Debtor 1 Eleanora A Payne johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**  <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Eleanora A Payne, <br> aka Eleanor A Payne, aka Eleanor Aretha Payne, aka Eleanora Aretha Payne, <br><br>**Debtor 1** | Chapter 13 <br><br> Case No. 5:19–bk–05511–RNO |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **April 1, 2020** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **April 1, 2020**.

**If no objections are filed by April 1, 2020, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 11, 2020 |

ntnoshow (07/18)