```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                         Case No. 19-05511-RNO
Eleanora A Payne                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 27, 2020
                                  Form ID: nttext          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.
      +James A. Payne, Jr.,    180 Ice Lake Drive,    Mountain Top, PA 18707-9654
      +Mary Ellen Payne,    180 Ice Lake Drive,    Mountain Top, PA 18707-9654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James    Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12   bkgroup@kmllawgroup.com
      John    Fisher     on behalf of Debtor 1 Eleanora A Payne    johnvfisher@yahoo.com, fisherlawoffice@yahoo.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
| :--- | :--- |
| Eleanora A Payne,<br>aka Eleanor A Payne, aka Eleanor Aretha Payne, aka<br>Eleanora Aretha Payne,<br><br>**Debtor 1** | Chapter      13<br><br>Case No.      5:19–bk–05511–RNO |

## Notice

Due to considerations related to the COVID–19 pandemic, the noticing requirement for the Motion for Relief from the Automatic Stay has been changed from a semi–passive to hearing required. See LBR 9001–1(i),(n). The Court has scheduled the Motion for Relief from the Automatic Stay filed on 3/18/2020 for a hearing. The hearing will be held regardless of whether objections are filed. All other information on the original Notice will remain in full force and effect. (RE: related document(s)19). (Boyle, Cindy)

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 27, 2020 |

Notice Text Entries (Form nttext) (3/20)