```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                             Case No. 19-05511-RNO
Eleanora A Payne                                                   Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke              Page 1 of 1           Date Rcvd: Apr 02, 2020
                            Form ID: pdf010              Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
```
db              +Eleanora A Payne,    180 Ice Lake Drive,    Mountain Top, PA 18707-9654
5287169         +Carrington Mortgage Services LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
5310296          Carrington Mortgage Services, LLC,    1600 Sputh Douglass Road,    Anaheim, CA 92806
5287170         +Chrysler Capital,    PO Box 961245,    Fort Worth TX 76161-0244
5287171          Commonwealth Health,    PO Box 637289,    Cincinnati OH 45263-0877
5287174         +Maryellen Payne,    180 Ice Lake Drive,    Mountain Top PA 18707-9654
5287175         +Maryellen Payne,    180 Ice Lake Road,    Mountain Top PA 18707-9654
5287176          Medical Data Systems,    645 Walnut St Ste 5,    Gadsden, AL 359014173
5287177          Mountain Top Sanitary Authority,    129 Morio Drive,    Mountain Top PA 18707
5293164         +Santander Consumer USA, Inc.,    d/b/a Chrysler Capital,    P.O. Box 961275,
                  Fort Worth, TX 76161-0275
5287178         +Wilkes Barre General Hospital,    575 North River Street,    Wilkes Barre PA 18702-2634
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5289721          E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 02 2020 19:58:13
                  AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                  Arlington, TX 76096
5287172         +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 02 2020 19:58:13      GM Financial,
                  PO Box 181145,    Arlington TX 76096-1145
5287173          E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 02 2020 19:58:12     Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadlphia PA 19101-7346
5302426          E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 19:59:07     LVNV Funding LLC,
                  c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5309157          E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 19:59:06     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5308588          E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 19:59:07
                  Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
                                                                                              TOTAL: 6

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12
               bkgroup@kmllawgroup.com
              John Fisher    on behalf of Debtor 1 Eleanora A Payne  johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Eleanora A Payne,<br>aka Eleanor A Payne, aka Eleanor Aretha Payne, aka Eleanora Aretha Payne,<br><br>**Debtor 1** | Chapter 13<br><br>Case No.   5:19−bk−05511−RNO |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: April 2, 2020

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

ordsmiss (05/18)